IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ROBERT MICHAEL WATTS**                                    **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO 3 :09cv146-DPJ-JCS**

**THE CITY OF JACKSON,**
**MISSISSIPPI, et al.**                                    **DEFENDANTS**

<u>ORDER</u>

This cause is before the court on Plaintiff's unopposed motion to substitute the

administrator of the estate of a recently-deceased defendant.  The motion is hereby

granted.  Ellen Melton, Administrator of the Estate of Frank Melton, Deceased, is hereby

substituted in the place of Defendant Frank Melton.

SO ORDERED this the 14th day of September, 2009.

/s/ James C. Sumner

UNITED STATES MAGISTRATE JUDGE